| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF SOUTH CAROLINA

Case number *(if known)* _____  Chapter  **7**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  On The Level Construction, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names
DBA  OTL Kitchen and Bath

**3. Debtor's federal Employer Identification Number** (EIN)  81-2486925

**4. Debtor's address**

Principal place of business:
2460 Remount Road
#108
Charleston, SC 29406
Number, Street, City, State & ZIP Code

Charleston
County

Mailing address, if different from principal place of business
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)  www.otlkitchenandbath.com

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **On The Level Construction, LLC**_____  Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__2361__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor **On The Level Construction, LLC**    Case number (*if known*)
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **On The Level Construction, LLC**_____  Case number (*if known*)_____
        Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **On The Level Construction, LLC**  Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 30, 2024**
MM / DD / YYYY

X **/s/ Samuel Kaufman**                              **Samuel Kaufman**
Signature of authorized representative of debtor         Printed name

Title **Sole Owner**

**18. Signature of attorney**

X **/s/ Robert Pohl**                              Date **January 30, 2024**
Signature of attorney for debtor                         MM / DD / YYYY

**Robert Pohl**
Printed name

**Pohl, P.A.**
Firm name

**P.O. Box 27290**
**Greenville, SC 29616**
Number, Street, City, State & ZIP Code

Contact phone **864-233-6294**    Email address **Robert@POHLPA.com**

**80001 SC**
Bar number and State

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
### District of South Carolina

In re  **On The Level Construction, LLC**                                    Case No.

Debtor(s)                                    Chapter    **7**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a)    _____ computer diskette

(b)    _____ scannable hard copy
(number of sheets submitted _____)

(c)    **X**    electronic version filed via CM/ECF

Date:  **January 30, 2024**                    **/s/ Samuel Kaufman**
                                              **Samuel Kaufman**
                                              Signature of Debtor

                                              **/s/ Robert Pohl**
                                              Signature of Attorney
                                              **Robert Pohl**
                                              **Pohl, P.A.**
                                              **P.O. Box 27290**
                                              **Greenville, SC 29616**
                                              **864-233-6294**
                                              Typed/Printed Name/Address/Telephone

                                              **80001 SC**
                                              District Court I.D. Number

```
A1 INTERIOR SYSTEM
5116 BIRDIE LANE
SUMMERVILLE SC 29485


ACCURATE PLUMBING
105 PALM COURT
SUMMERVILLE SC 29485


AFLAC
WORLDWIDE HEADQUARTERS
1932 WYNNTON ROAD
COLUMBUS GA 31999


AHF, LLC
3840 HEMPLAND ROAD
MOUNTVILLE PA 17554


AMAZON
410 TERRY AVENUE N.
SEATTLE WA 98109


AMERICAN EXPRESS
200 VESEY STREET
NEW YORK NY 10285


BAY FIRST
700 CENTRAL AVENUE
SAINT PETERSBURG FL 33701


BELLA FLOORING GROUP
3572 S. DUG GAP ROAD
DALTON GA 30720


BLUEVINE
401 WARREN STREET
REDWOOD CITY CA 94063


BRADLEY SIMMONS
228 MAGNOLIA ROAD
CHARLESTON SC 29407


BUILD.COM
402 OTTERSON DRIVE
SUITE 100
CHICO CA 95928
```

```
CAMERON BEACHAM
5805 WINDSOR COURT
HANAHAN SC 29410


CAPITAL ONE
1680 CAPITAL ONE DRIVE
MC LEAN VA 22102


CAROLINA CLIMATE CONTROL
1912 BELGRADE AVENUE
CHARLESTON SC 29407


CAROLINA INTERNATIONAL TRUCKS
1619 BLUFF ROAD
COLUMBIA SC 29201


CASH VARNER
679 SAVANNAH HIGHWAY
CHARLESTON SC 29407


CHARISSA DEBOW
5 SKYEMAN DRIVE
CHARLESTON SC 29414


CHARLESTON COUNTY TAX ASSESSOR
O.T. WALLACE COUNTY OFFICE BUILDING
101 MEETING STREET, SUITE 315
CHARLESTON SC 29401


CHARLETSON WATER SYSTEM
103 ST. PHILIP STREET
CHARLESTON SC 29403


CHRISTOPHER SENDENO
115 LYLE ROAD
ADAMS RUN SC 29426


DANIEL SAMUELSON-JONES
918 GROOMSTOWN ROAD
CROSS SC 29436


DCC CABINETRY
100 TGK CIRCLE
ROCKLEDGE FL 32955
```

```
DESERET SCHARETT
1414 KINGLET LANE
HANAHAN SC 29410


DOMINION ENERGY
P.O. BOX 25973
RICHMOND VA 23260


DYLAN BRISSON
119 WILLIAMS STREET
SUMMERVILLE SC 29483


EDWARD YOUNG
4965 FOXWOOD DRIVE
NORTH CHARLESTON SC 29418


ELECTRIC ON DEMAND
3642 SAVANNAH HIGHWAY
#116-243
JOHNS ISLAND SC 29455


EMILY CHAMBERLAIN
5399 INDIGO FIELDS BLVD.
NORTH CHARLESTON SC 29418


FIRST CITIZENS BANK
218 SOUTH MAIN STREET
SUMMERVILLE SC 29483


FLOOR AND DECOR
2500WINDY RIDGE PARKWAY
ATLANTA GA 30339


HANNAH VARNER
679 SAVANNAH HIGHWAY
CHARLESTON SC 29407


HENRY SMITH
8680 HICKORY CREEK LANE
NORTH CHARLESTON SC 29420


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA PA 19101-7346
```

```
INTERNATIONAL WHOLESALE TILE
P.O. BOX 877
PALM CITY FL 34991


JACKIE WOOLSCHLAGER
66 FLETCHER HALL
JOHNS ISLAND SC 29455


JEFFREY HARRIS
4332 HELENE DRIVE
NORTH CHARLESTON SC 29418


JENNIFER YNIESTA
4804 HEARTHSIDE DRIVE
SUMMERVILLE SC 29485


KAREN MAASS
2325 FURMAN DRIVE
CHARLESTON SC 29414


KAREN MCCLARREN
203 BUSH DRIVE
BONNEAU SC 29431


KBRS
8406 SPEEDWAY BLVD.
HARDEEVILLE SC 29927


KCD
2114 ATLANTIC AVENUE
#106
RALEIGH NC 27604


L & C LEO'S PAINTING
5918 SELLERS ROAD
LOT 27
HANAHAN SC 29410


LAURA SKEWS
1328 HORSESHOE BEND
MOUNT PLEASANT SC 29464


LEFTLANE MARKETING
1435 FORT JOHNSON ROAD
CHARLESTON SC 29412
```

```
LEON AMOS
106 WRITING COURT
LADSON SC 29456


LOWES
1000 LOWES BLVD.
MOORESVILLE NC 28117


MARABU US PROPERTIES LP
960 MORRISON DRIVE, SUITE 400
CHARLESTON SC 29403


MODERN DESIGN HOME IMPROVEMENT
4793 WILD IRIS DRIVE
MYRTLE BEACH SC 29577


NISSAN MOTOR ACCEPTANCE CORPORATION
PO BOX 660360
DALLAS TX 75266-0360


NOURISON
5 SAMPSON STREET
SADDLE BROOK NJ 07663


NZR CONSTRUCTION
101 BRIDGETOWN ROAD
GOOSE CREEK SC 29445


PAM HEINE
1444 LAGOON PARK
MOUNT PLEASANT SC 29466


PAUL AND LESLIE LYMBURNER
352 SANDPIPER DRIVE
UNIT J
MOUNT PLEASANT SC 29464


PERFECT GROUP
302 THORPE ROAD
SUMMERVILLE SC 29483


QUICKBOOKS
2700 COAST AVENUE
MOUNTAIN VIEW CA 94043
```

```
ROBERT CLARK
2013 SHOAL CREEK COURT
SUMMERVILLE SC 29483


ROBERT F. HENRY TILE CO.
P.O. BOX 211209
MONTGOMERY AL 36121


S.C. DEPARTMENT OF REVENUE AND TAXATION
OFFICE OF GENERAL COUNSEL
300A OUTLET POINTE BOULEVARD
COLUMBIA SC 29210


SAMUEL KAUFMAN
126 HEATHERWOOD LANE
GREER SC 29651


SAMUEL KAUFMAN
126 HEATHWOOD LANE
GREER SC 29651


SARA DUCK
1414 KINGLET LANE
HANAHAN SC 29410


SC DEW
DOCUMENT CONTROL-BANKRUPTCY
P.O. BOX 995
COLUMBIA SC 29202-0995


SERVICEMASTER OF CHARLESTON
P.O. BOX 40549
CHARLESTON SC 29423


SHARON SHARK
5818 CHARLESTON HIGHWAY
WALTERBORO SC 29488


SHERWIN WILLIAMS
2135 ASHLEY PHOSPHATE ROAD
CHARLESTON SC 29406


SHON NELSON
1850 FALLING CREEK CIRCLE
MOUNT PLEASANT SC 29464
```

```
THOMAS PLYLER
3098 MOONLIGHT DRIVE
CHARLESTON SC 29414


VANCE BAILEY
1000 CHURCHILL ROAD
MONCKS CORNER SC 29461


VERIZON
1 VERIZON WAY
BASKING RIDGE NJ 07920


WELLS FARGO
420 MONTGOMERY STREET
SAN FRANCISCO CA 94104


WEX BANK
P.O. BOX 6293
CAROL STREAM IL 60197


WOW! INTERNET
4506 DORCHESTER ROAD
NORTH CHARLESTON SC 29405


WR CONTRACTORS
308 FARM ROAD
GOOSE CREEK SC 29445
```

# United States Bankruptcy Court
## District of South Carolina

In re **On The Level Construction, LLC**　　　　　　　　　　　　Case No. _____
Debtor(s)　　　　　　　　　　　Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **On The Level Construction, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Samuel Kaufman**
**126 Heathwood Lane**
**Greer, SC 29651**

☐ None [*Check if applicable*]

| | |
|---|---|
| **January 30, 2024** | **/s/ Robert Pohl** |
| Date | **Robert Pohl** |
| | Signature of Attorney or Litigant |
| | Counsel for **On The Level Construction, LLC** |
| | **Pohl, P.A.** |
| | **P.O. Box 27290** |
| | **Greenville, SC 29616** |
| | **864-233-6294 Fax:864-558-5291** |
| | **Robert@POHLPA.com** |