**Fill in this information to identify the case:**

Debtor name  **On The Level Construction, LLC**

United States Bankruptcy Court for the:  DISTRICT OF SOUTH CAROLINA

Case number (if known)  **24-00350**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February  2, 2024**        *X* **/s/ Samuel Kaufman**
                                          Signature of individual signing on behalf of debtor

                                          **Samuel Kaufman**
                                          Printed name

                                          **Sole Owner**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **On The Level Construction, LLC**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)    **24-00350**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................ $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................... $     **303,975.80**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...................................................................................... $     **303,975.80**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $     **322,935.76**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$     **716,300.03**

4. Total liabilities ...............................................................................................
    Lines 2 + 3a + 3b         $     **1,039,235.79**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __**On The Level Construction, LLC**__

United States Bankruptcy Court for the: DISTRICT OF SOUTH CAROLINA

Case number (if known) __**24-00350**__

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1.  **First Citizens Business Checking Account #XXXXX3340 - [-$5,743.86]** | **Business Checking** | 3340 | $0.00 |
| 3.2.  **First Citizens Business Savings Account# XXXXXX5426 - $70.06** | **Business Savings** | 5426 | $70.06 |
| 3.3.  **First Citizens Business Savings Account# XXXXXX5434 - $70.06** | **Business Savings** | 5434 | $70.06 |
| 3.4.  **First Citizens Business Savings Account# XXXXXX5837 - $65.15** | **Business Savings** | 5837 | $65.15 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $205.27 |
|---|---|

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

| Debtor | **On The Level Construction, LLC** | Case number *(If known)* | **24-00350** |
|---|---|---|---|
| | Name | | |

---

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1. **Commercial Lease Deposit paid to: Marabu U.S. Properties, 960 Morrison Avenue, #400, Charleston, SC 29403** — $3,800.00

---

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.** **Total of Part 2.** — $3,800.00
Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: 45,356.98 - 20,000.00 = .... $25,356.98
face amount          doubtful or uncollectible accounts

12. **Total of Part 3.** — $25,356.98
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Substantially all inventory is client owned and paid for specific jobs including, but not limited to, flooring tile, caulk, cabinets, trim, schlutter, grout, onyx shower system, fixtures, paint, primer, drywall, and other miscellaneous items.** | | $0.00 | Liquidation | $500.00 |

---

| Debtor | **On The Level Construction, LLC** | Case number *(If known)* **24-00350** |
|---|---|---|
| | Name | |

20.   **Work in progress**

21.   **Finished goods, including goods held for resale**

22.   **Other inventory or supplies**

23.   **Total of Part 5.**

     Add lines 19 through 22.  Copy the total to line 84.

| | $500.00 |
|---|---|

24.   **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** <br>**8 office chairs, 3 desks, conference table, side table, printer table, cabinet, white boards, and warehouse table.** | **$0.00** | **Liquidation** | **$700.00** |
| 40.   **Office fixtures** <br>**Flooring, tile, and cabinets displays.** | **$0.00** | **Liquidation** | **$150.00** |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** <br>**3 iPads, two printers, visualizer/computer, warehouse computer, refrigerator, microwave, two landline phones, internet modem, and kuerig coffee maker.** | **$0.00** | **Liquidation** | **$950.00** |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Debtor  **On The Level Construction, LLC**                              Case number *(If known)*  **24-00350**
          Name

| 43. | **Total of Part 7.** | | | $1,800.00 |
|---|---|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

<div style="background:black;color:white">Part 8:</div>  **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **LEASED: Four (4) 2020 NV200, Nissan, wrapped work vans:**<br>**- VIN: 3N6CM0KN1LK690670 (Miles: Unknown)**<br>**- VIN: 3N6CM0KN9LK692294 (Miles: Unknown)**<br>**- VIN: 3N6CM0KN3LK692467 (Miles: Unknown)**<br>**- VIN: 3N6CM0KN8LK692738 (Miles: Unknown)** | $0.00 | Liquidation | $48,000.00 |
| 47.2. **RENTAL - 1 Box Truck** | $0.00 | N/A | $0.00 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Varoius hand tools, chop saws, drills, shop vacs, air purifiers, pallet jack, nails, bolts, screws, and other miscellaneous items.** | $0.00 | | $1,500.00 |

| 51. | **Total of Part 8.** | | | $49,500.00 |
|---|---|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | | | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No

| Debtor | **On The Level Construction, LLC** | Case number *(If known)* | **24-00350** |
|---|---|---|---|
| | Name | | |

☐ Yes

**Part 9:  Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:  Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** www.otlkitchenandbath.com | **$0.00** | Liquidation | **$1.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** Client list | **$0.00** | Liquidation | **$1.00** |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   | **$2.00** |
   |---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 11:  All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

Debtor    **On The Level Construction, LLC**                                    Case number *(If known)*  **24-00350**
       <sub>Name</sub>

| | | |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Blueberry Mechanical (AKA B&B) - Hartford Insurance Claim# GL002015145 -Plumber hired to install ice maker which leaked and caused water damage that Debtor repaired and is seeking reimbursement.**                                                 **$21,811.55**

| Nature of claim | **Breach of Contract** |
|---|---|
| Amount requested | **$21,811.55** |

**Blueberry Mechanical (AKA B&B) - Hartford Insurance (Pending Claim - no claim number assigned) -Plumber damaged carport that needs repaired and Debtor's client is withholding $1,000.00 pending repairs thereof.**                                                 **$1,000.00**

| Nature of claim | **Breach of Contract** |
|---|---|
| Amount requested | **$1,000.00** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**Employee Retention Credits for approximately $200,000.00**
**Checkmates processed the claim**                                                 **$200,000.00**

| Nature of claim | **Employee Retention Credits** |
|---|---|
| Amount requested | **$200,000.00** |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                 | **$222,811.55** |

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Debtor | **On The Level Construction, LLC** | Case number *(If known)* **24-00350** |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $205.27 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,800.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $25,356.98 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,800.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $49,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $222,811.55 | |
| 91. **Total.** Add lines 80 through 90 for each column | $303,975.80 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $303,975.80 |

**Fill in this information to identify the case:**

Debtor name **On The Level Construction, LLC**

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number (if known)   **24-00350**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1   Bay First**
Creditor's Name

**700 Central Avenue**
**Saint Petersburg, FL 33701**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**90 days or less: Accounts Receivables - Available Upon Request**

Describe the lien
**UCC-1 Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$277,822.58         $25,356.98

---

**2.2   Carolina International Trucks**
Creditor's Name

**1619 Bluff Road**
**Columbia, SC 29201**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**RENTAL - 1 Box Truck**

Describe the lien
**Rental**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$2,306.92            $0.00

| Debtor | On The Level Construction, LLC | | Case number (if known) | 24-00350 |
|---|---|---|---|---|
| | Name | | | |

■ No

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.3 | **Nissan Motor Acceptance Corporation** | **Describe debtor's property that is subject to a lien** | $42,806.26 | $48,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**LEASED: Four (4) 2020 NV200, Nissan, wrapped work vans:**
**- VIN: 3N6CM0KN1LK690670 (Miles: Unknown)**
**- VIN: 3N6CM0KN9LK692294 (Miles: Unknown)**
**- VIN: 3N6CM0KN3LK692467 (Miles: Unknown)**
**- VIN: 3N6CM0KN8LK692738 (Miles: Unknown)**

**PO BOX 660360**
**Dallas, TX 75266-0360**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $322,935.76 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| | | | |

**Fill in this information to identify the case:**

Debtor name __On The Level Construction, LLC__

United States Bankruptcy Court for the: __DISTRICT OF SOUTH CAROLINA__

Case number (if known) __24-00350__

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address **Charleston County Tax Assessor O.T. Wallace County Office Building 101 Meeting Street, Suite 315 Charleston, SC 29401** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim: **\*\*Notice Purposes Only\*\*** | | |
| Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |
| **2.2** Priority creditor's name and mailing address **Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim: **\*\*Notice Purposes Only\*\*** | | |
| Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **On The Level Construction, LLC** | Case number (if known) | **24-00350** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**S.C. Department of Revenue and
Taxation
Office of General Counsel
300A Outlet Pointe Boulevard
Columbia, SC 29210**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**\*\*Notice Purposes Only\*\***

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**SC DEW
Document Control-Bankruptcy
P.O. Box 995
Columbia, SC 29202-0995**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**\*\*Notice Purposes Only\*\***

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,350.00** |
|---|---|---|---|

**A1 Interior System
5116 Birdie Lane
Summerville, SC 29485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Subcontractors**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Accurate Plumbing
105 Palm Court
Summerville, SC 29485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Subcontractors**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ADT Security
1501 Yamato Road
Boca Raton, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Security System**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | On The Level Construction, LLC | Case number (if known) | 24-00350 |
|---|---|---|---|
| | Name | | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$974.10** |
|---|---|---|---|

**AFLAC**
**Worldwide Headquarters**
**1932 Wynnton Road**
**Columbus, GA 31999**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Insurance Premiums**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,928.20** |
|---|---|---|---|

**AHF, LLC**
**3840 Hempland Road**
**Mountville, PA 17554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Allied National Insurance**
**4551 W 107th St.**
**#100**
**Overland Park, KS 66207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Insurance Premiums**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$813.19** |
|---|---|---|---|

**Amazon**
**410 Terry Avenue N.**
**Seattle, WA 98109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$78,035.88** |
|---|---|---|---|

**American Express**
**200 Vesey Street**
**New York, NY 10285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,931.44** |
|---|---|---|---|

**Bella Flooring Group**
**3572 S. Dug Gap Road**
**Dalton, GA 30720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Best Version Media**
**PO Box 505**
**Brookfield, WI 53008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Marketing Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **On The Level Construction, LLC** | Case number (if known) | **24-00350** |
|---|---|---|---|
| | Name | | |

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$108,645.09**

**Bluevine**
**401 Warren Street**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Bradley Simmons**
**228 Magnolia Road**
**Charleston, SC 29407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Client - All materials have been ordered.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,594.02**

**Build.com**
**402 Otterson Drive**
**Suite 100**
**Chico, CA 95928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Vendor Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Cameron Beacham**
**5805 Windsor Court**
**Hanahan, SC 29410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Client - Customer paid 50% deposit.  Refund in process**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,335.20**

**Capital One**
**1680 Capital One Drive**
**Mc Lean, VA 22102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carolina Climate Control**
**1912 Belgrade Avenue**
**Charleston, SC 29407**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Subcontractors**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,020.75**

**Cash Varner**
**679 Savannah Highway**
**Charleston, SC 29407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Wages**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **On The Level Construction, LLC** | Case number *(if known)* | **24-00350** |
|---|---|---|---|
| | Name | | |

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charissa DeBow**
**5 Skyeman Drive**
**Charleston, SC 29414**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Client - All materials have been ordered and project near completion**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $49.86 |
|---|---|---|---|

**Charleston Water System**
**103 St. Philip Street**
**Charleston, SC 29403**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility - Water**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $760.32 |
|---|---|---|---|

**Christopher Sendeno**
**115 Lyle Road**
**Adams Run, SC 29426**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,119.16 |
|---|---|---|---|

**Daniel Samuelson-Jones**
**918 Groomstown Road**
**Cross, SC 29436**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,182.87 |
|---|---|---|---|

**DCC Cabinetry**
**100 TGK Circle**
**Rockledge, FL 32955**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Deseret Scharett**
**1414 Kinglet Lane**
**Hanahan, SC 29410**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Client - All materials have been ordered**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dominion Energy**
**P.O. Box 25973**
**Richmond, VA 23260**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility - Electricity**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **On The Level Construction, LLC** | Case number (if known) | **24-00350** |
|---|---|---|---|
| | Name | | |

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$576.92**

**Dylan Brisson**
**119 Williams Street**
**Summerville, SC 29483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Edward Young**
**4965 Foxwood Drive**
**North Charleston, SC 29418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Client - Owes final payment of $7,075.15. Plumber needs to repair carport he damaged.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,095.00**

**Electric On Demand**
**3642 Savannah Highway**
**#116-243**
**Johns Island, SC 29455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Subcontractors**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Emily Chamberlain**
**5399 Indigo Fields Blvd.**
**North Charleston, SC 29418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Client - Project completed. Client owes final payment plus fees.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$219,228.87**

**First Citizens Bank**
**218 South Main Street**
**Summerville, SC 29483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,949.63**

**Floor and Decor**
**2500Windy Ridge Parkway**
**Atlanta, GA 30339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,153.85**

**Hannah Varner**
**679 Savannah Highway**
**Charleston, SC 29407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **On The Level Construction, LLC** | Case number (if known) | **24-00350** |
|---|---|---|---|
| | Name | | |

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,392.31**

**Henry Smith**
**8680 Hickory Creek Lane**
**North Charleston, SC 29420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$749.59**

**International Wholesale Tile**
**P.O. Box 877**
**Palm City, FL 34991**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Vendor Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jackie Woolschlager**
**66 Fletcher Hall**
**Johns Island, SC 29455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Client - Job is completed.  Client owes $8,893.21**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jeffrey Harris**
**4332 Helene Drive**
**North Charleston, SC 29418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Client - Customer paid their 50% down and unable to order any of the materials.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jennifer Yniesta**
**4804 Hearthside Drive**
**Summerville, SC 29485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Client - All materials have been ordered.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Karen Maass**
**2325 Furman Drive**
**Charleston, SC 29414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Client - Project near completion.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Karen McClarren**
**203 Bush Drive**
**Bonneau, SC 29431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Client - All materials have been ordered. Customer has check for 50% of project that has not been deposited.  Needs to be returned.**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **On The Level Construction, LLC** | Case number (if known) | **24-00350** |
|---|---|---|---|
| | Name | | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,481.32 |
|---|---|---|---|

**KBRS**
**8406 Speedway Blvd.**
**Hardeeville, SC 29927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,287.43 |
|---|---|---|---|

**KCD**
**2114 Atlantic Avenue**
**#106**
**Raleigh, NC 27604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**L & C Leo's Painting**
**5918 Sellers Road**
**Lot 27**
**Hanahan, SC 29410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Subcontractors**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Laura Skews**
**1328 Horseshoe Bend**
**Mount Pleasant, SC 29464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Client - Paid in full. All materials have ordered and a lot of work completed.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**LeftLane Marketing**
**1435 Fort Johnson Road**
**Charleston, SC 29412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Leon Amos**
**106 Writing Court**
**Ladson, SC 29456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Client - Pending payment of start payment of $5,870.04**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,059.04 |
|---|---|---|---|

**Lowes**
**1000 Lowes Blvd.**
**Mooresville, NC 28117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **On The Level Construction, LLC** | Case number (if known) | **24-00350** |
|---|---|---|---|
| | Name | | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Marabu US Properties LP**
**960 Morrison Drive, Suite 400**
**Charleston, SC 29403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,805.00** |
|---|---|---|---|

**Modern Design Home Improvement**
**4793 Wild Iris Drive**
**Myrtle Beach, SC 29577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Subcontractors**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,283.77** |
|---|---|---|---|

**Nicholas Wood**
**9 Indigo Lane**
**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Client - Client materials in warehouse**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,856.25** |
|---|---|---|---|

**Nourison**
**5 Sampson Street**
**Saddle Brook, NJ 07663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,561.61** |
|---|---|---|---|

**NZR Construction**
**101 Bridgetown Road**
**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Subcontractors**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Palmetto Surfacing, Inc.**
**7645 Southrail Road**
**North Charleston, SC 29420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Subontractor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pam Heine**
**1444 Lagoon Park**
**Mount Pleasant, SC 29466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Client - Owes $7,250.00. Just needs tub installed**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **On The Level Construction, LLC** | Case number (if known) | **24-00350** |
|---|---|---|---|
| | Name | | |

---

**3.53** | **Nonpriority creditor's name and mailing address**

**Paul and Leslie Lymburner**
**352 Sandpiper Drive**
**Unit J**
**Mount Pleasant, SC 29464**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*       $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Client - All materials have been ordered and project is near completion.**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address**

**Perfect Group**
**302 Thorpe Road**
**Summerville, SC 29483**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*       $25,341.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Supplies**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address**

**Quickbooks**
**2700 Coast Avenue**
**Mountain View, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*       $24,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address**

**Robert Clark**
**2013 Shoal Creek Court**
**Summerville, SC 29483**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*       $2,147.20

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address**

**Robert F. Henry Tile Co.**
**P.O. Box 211209**
**Montgomery, AL 36121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*       $938.82

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address**

**Samuel Kaufman**
**126 Heatherwood Lane**
**Greer, SC 29651**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*       $95,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Personal Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address**

**Sara Duck**
**1414 Kinglet Lane**
**Hanahan, SC 29410**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*       $865.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **On The Level Construction, LLC** | Case number (if known) | **24-00350** |
|---|---|---|---|
| | Name | | |

---

**3.60** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Selective Insurance**
**6210 Ardrey Kell Road**
**Suite 500**
**Charlotte, NC 28277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Insurance Premiums**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,264.67**

**ServiceMaster of Charleston**
**P.O. Box 40549**
**Charleston, SC 29423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Subcontractors**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sharon Shark**
**5818 Charleston Highway**
**Walterboro, SC 29488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Client - Most of project has been completed. Customer has 25% final payment.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,101.09**

**Sherwin Williams**
**2135 Ashley Phosphate Road**
**Charleston, SC 29406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Vendor Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Shon Nelson**
**1850 Falling Creek Circle**
**Mount Pleasant, SC 29464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Client - All materials have been ordered.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Supreme Hardwood Flooring**
**204 Ivy Bridge Ct**
**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Thomas Plyler**
**3098 Moonlight Drive**
**Charleston, SC 29414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Client - Customer paid 50% deposit. Refund in process**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **On The Level Construction, LLC** | Case number *(if known)* | **24-00350** |
| | Name | | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vance Bailey**
**1000 Churchill Road**
**Moncks Corner, SC 29461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Client - All materials have been ordered__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Verizon**
**1 Verizon Way**
**Basking Ridge, NJ 07920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Utility - Telephone__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $954.09 |
|---|---|---|---|

**Wells Fargo**
**420 Montgomery Street**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,217.49 |
|---|---|---|---|

**Wex Bank**
**P.O. Box 6293**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**WOW! Internet**
**4506 Dorchester Road**
**North Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Utilitiy - Internet__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,850.00 |
|---|---|---|---|

**WR Contractors**
**308 Farm Road**
**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Subcontractors__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Paul and Leslie Lymburner**<br>**4794 Oakridge Lane**<br>**Lewiston, NY 14092** | Line __3.53__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **On The Level Construction, LLC** | Case number (if known) | **24-00350** |
|---|---|---|---|
| | Name | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 716,300.03 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 716,300.03 |

| Fill in this information to identify the case: |
|---|

Debtor name  **On The Level Construction, LLC**

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number (if known)   **24-00350**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Rental of box truck - Started 9/26/2022 for 72 months at approximately $2,300.00** | |
|---|---|---|---|
| | State the term remaining | **September 26/2028** | |
| | List the contract number of any government contract | | **Carolina International Trucks 1619 Bluff Road Columbia, SC 29201** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease - Monthly $4,698.06** | |
|---|---|---|---|
| | State the term remaining | **October 31, 2025** | |
| | List the contract number of any government contract | | **Marabu US Properties LP 960 Morrison Drive, Suite 400 Charleston, SC 29403** |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle Lease - Four 2020 Nissan NV200 - For one the monthly payment is $459.07, and for other three the monthly payment is $462.44/each.** | |
|---|---|---|---|
| | State the term remaining | **February 14, 2026** | |
| | List the contract number of any government contract | | **Nissan Motor Acceptance Corporation PO BOX 660360 Dallas, TX 75266-0360** |

Debtor 1    **On The Level Construction, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)    **24-00350**



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Cellphone service - $781.85/month** | |
|---|---|---|---|
| | State the term remaining | | **Verizon** |
| | List the contract number of any government contract | | **1 Verizon Way** **Basking Ridge, NJ 07920** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Internet Modem and Office Phone - $497.60/month** | |
|---|---|---|---|
| | State the term remaining | | **WOW! Internet** |
| | List the contract number of any government contract | | **4506 Dorchester Road** **North Charleston, SC 29405** |

**Fill in this information to identify the case:**

Debtor name    **On The Level Construction, LLC**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)    **24-00350**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Amanda Kaufman** | **126 Heathwood Lane Greer, SC 29651 Personal Guarantor** | **Bay First** | ☑ D    **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Samuel Kaufman** | **126 Heathwood Lane Greer, SC 29651 Personal Guaranty** | **First Citizens Bank** | ☐ D _____<br>☑ E/F    **3.29**<br>☐ G _____ |
| 2.3 | **Samuel Kaufman** | **126 Heathwood Lane Greer, SC 29651 Personal Guaranty** | **Bay First** | ☑ D    **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Samuel Kaufman** | **126 Heathwood Lane Greer, SC 29651 Personal Guaranty** | **Bluevine** | ☐ D _____<br>☑ E/F    **3.11**<br>☐ G _____ |
| 2.5 | **Samuel Kaufman** | **126 Heathwood Lane Greer, SC 29651 Personal Guaranty** | **American Express** | ☐ D _____<br>☑ E/F    **3.8**<br>☐ G _____ |

| Debtor | **On The Level Construction, LLC** | Case number *(if known)* | **24-00350** |

---

| ▮ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Samuel Kaufman**<br>**126 Heathwood Lane**<br>**Greer, SC 29651**<br>**Personal Guaranty** | **Capital One** | ☐ D _____<br>■ E/F   **3.15**<br>☐ G _____ |
| 2.7 | **Samuel Kaufman**<br>**126 Heathwood Lane**<br>**Greer, SC 29651**<br>**Personal Guaranty** | **Quickbooks** | ☐ D _____<br>■ E/F   **3.55**<br>☐ G _____ |
| 2.8 | **Samuel Kaufman**<br>**126 Heathwood Lane**<br>**Greer, SC 29651**<br>**Personal Guaranty** | **Nissan Motor Acceptance Corporation** | ■ D   **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Samuel Kaufman**<br>**126 Heathwood Lane**<br>**Greer, SC 29651**<br>**Personal Guaranty** | **Carolina International Trucks** | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Samuel Kaufman**<br>**126 Heathwood Lane**<br>**Greer, SC 29651**<br>**Personal Guaranty** | **Marabu US Properties LP** | ☐ D _____<br>■ E/F   **3.46**<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **On The Level Construction, LLC**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)    **24-00350**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$123,327.16** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$3,277,593.52** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$3,304,649.95** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
| | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

| Debtor | **On The Level Construction, LLC** | Case number *(if known)* | **24-00350** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. | **Bluevine**<br>**401 Warren Street**<br>**Redwood City, CA 94063** | **01/22/2024 -**<br>**$12,170.35**<br>**12/20/2023 -**<br>**$21,055.76**<br>**11/21/2023 -**<br>**$17,007.21** | **$60,233.32** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **American Express**<br>**200 Vesey Street**<br>**New York, NY 10285** | **01/16/2024 -**<br>**$7,257.00**<br>**12/15/2023 -**<br>**$7,257.00**<br>**11/15/2023 -**<br>**$7,257.00** | **$21,771.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **American Express**<br>**200 Vesey Street**<br>**New York, NY 10285** | **01/22/2024 -**<br>**$1,968.00**<br>**12/22/2023 -**<br>**$1,968.00**<br>**11/22/2023-**<br>**$1,968.00** | **$5,904.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **Lowes**<br>**1000 Lowes Blvd.**<br>**Mooresville, NC 28117** | **01/22/2024 -**<br>**$345.48**<br>**01/22/2024 -**<br>**$21.78**<br>**01/22/2024 -**<br>**$749.20**<br>**01/19/2024 -**<br>**$4,500.00**<br>**01/18/2024 -**<br>**$104.31**<br>**01/18/2024 -**<br>**$266.27**<br>**01/08/2024 -**<br>**$3,000.00**<br>**01/08/2024**<br>**-$3,350.31** | **$10,337.35** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **On The Level Construction, LLC**                                       Case number *(if known)*   **24-00350**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.5. **Lowes**<br>**1000 Lowes Blvd.**<br>**Mooresville, NC 28117** | **12/28/2023 -$331.32**<br>**12/28/2023 - $331.36**<br>**12/28/2023 - $207.08**<br>**12/28/2023 - $721.50**<br>**12/28/2023 - $259.42**<br>**12/28/2023 - $42.03**<br>**12/21/2023 - $2,000.00**<br>**12/08/2023 - $217.77**<br>**12/08/2023 - $101.44**<br>**12/07/2023 - $558.82**<br>**12/06/2023 -$5,000.00** | **$9,770.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Lowes**<br>**1000 Lowes Blvd.**<br>**Mooresville, NC 28117** | **11/13/2023 - $3,000.00**<br>**11/06/2023 - $3,000.00** | **$6,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Carolina Climate Control**<br>**1912 Belgrade Avenue**<br>**Charleston, SC 29407** | **Various for December through February** | **$10,684.14** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.8. **Checkmate Services**<br>**P.O. Box 31918**<br>**Charleston, SC 29417** | **01/31/2024 - $1,464.50**<br>**01/29/2024 - $22,439.86**<br>**01/12/2024 - $22,827.73**<br>**12/29/2023 - $26,552.94**<br>**12/15/2023 - $27,450.89**<br>**12/01/2023 - $23,720.27**<br>**11/17/2023 - $24,636.67** | **$149,092.86** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Payroll - Inhouse Employees** |

Debtor   **On The Level Construction, LLC**                                    Case number *(if known)*   **24-00350**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9.   **Checkmate Services**<br>**P.O. Box 31918**<br>**Charleston, SC 29417** | **01/26/2024 -**<br>**$9,933.02**<br>**01/19/2024 -**<br>**$13,399.82**<br>**01/11/2024 -**<br>**$8,671.08**<br>**01/05/2024 -**<br>**$3,805.00**<br>**12/29/2023 -**<br>**$13,091.08**<br>**12/22/2023 -**<br>**$8,059.00**<br>**12/15/2023 -**<br>**$1,145.00**<br>**12/07/2023 -**<br>**$2,616.00**<br>**11/30/2023 -**<br>**$2,240.43**<br>**11/23/2023 -**<br>**$11,194.68**<br>**11/16/2023 -**<br>**$10,942.21** | **$85,197.32** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Payroll -**<br>**Subcontractors** |
| 3.10.   **Capital One**<br>**1680 Capital One Drive**<br>**Mc Lean, VA 22102** | **01/09/2024 -**<br>**$2,630.19**<br>**12/06/2023 -**<br>**$7,000.00**<br>**12/04/2023 -**<br>**$7,000.00**<br>**11/13/2023 -**<br>**$5,000.00**<br>**11/08/2023 -**<br>**$6,300.00** | **$27,930.19** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11.   **Perfect Group**<br>**302 Thorpe Road**<br>**Summerville, SC 29483** | **Various** | **$37,613.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.12.   **First Citizens Bank**<br>**218 South Main Street**<br>**Summerville, SC 29483** | **Various** | **$18,537.87** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13.   **Bay First**<br>**700 Central Avenue**<br>**Saint Petersburg, FL 33701** | **Various** | **$12,857.61** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **On The Level Construction, LLC**                              Case number *(if known)*  **24-00350**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.14. **KCD**<br>**2114 Atlantic Avenue**<br>**#106**<br>**Raleigh, NC 27604** | **Various** | **$36,749.59** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.15. **Broadlume**<br>**500 Mamaroneck Avenue**<br>**Suite 320**<br>**Harrison, NY 10528** | **Various** | **$9,330.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other__ **Website Hosting and Maintenance** |
| 3.16. **Selective Insurance**<br>**6210 Ardrey Kell Road**<br>**Suite 500**<br>**Charlotte, NC 28277** | **Various** | **$10,323.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other__ **Vehicle Insurance** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Verizon**<br>**1 Verizon Way**<br>**Basking Ridge, NJ 07920** | **Various** | **$2,700.00** | **Cellphones for business and personal use** |
| 4.2. **Selective Insurance**<br>**6210 Ardrey Kell Road**<br>**Suite 500**<br>**Charlotte, NC 28277** | **Various** | **$10,323.00** | **Vehicle Insurance on company & personal vehicles** |
| 4.3. **Allied National Insurance**<br>**4551 W 107th St.**<br>**#100**<br>**Overland Park, KS 66207** | **Various** | **$6,405.00** | **Health Insurance - All employees** |
| 4.4. **Aetna Healthcare**<br>**2000 Riveredge Parkway**<br>**Atlanta, GA 30328** | **Varoius** | **$450.00** | **Dental Insurance** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

| Debtor | **On The Level Construction, LLC** | Case number *(if known)* **24-00350** |
|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Carolina Climate Control**<br>**1912 Belgrade Avenue**<br>**Charleston, SC 29407** | **Funds from business checking account - without debtor's consent**<br>Last 4 digits of account number:  __3340__ | **varoius** | **$10,684.14** |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | **Nicholas Wood vs. On The Level Construction**<br>**2023CV1011501668** | **Contract - Seeking refund of payment for materials** | **Charleston County Summary (Magistrate) Court**<br>**4045 Bridge View Drive**<br>**Suite B143**<br>**North Charleston, SC 29405** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

| Debtor | **On The Level Construction, LLC** | Case number *(if known)*  **24-00350** |
|---|---|---|

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Pohl, P.A.** <br> **P.O. Box 27290** <br> **Greenville, SC 29616** | **Attorney Fees** | **01/28/2024** | **$10,000.00** |
| | Email or website address <br> **Robert@POHLPA.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Pohl, P.A.** <br> **P.O. Box 27290** <br> **Greenville, SC 29616** | **Filing Fees** | **01/28/2024** | **$338.00** |
| | Email or website address <br> **Robert@POHLPA.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Richard Johnson** <br> **243 Coral Sunset Way** <br> **Summerville, SC 29486** | Sold  **2011 Ford F150 used by Debtor could have been in name of Sam or Amanda Kaufman or Debtor.** | **12/2023** | **$250.00** |
| | Relationship to debtor <br> **None** | | | |

---

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor   **On The Level Construction, LLC**                     Case number *(if known)*  **24-00350**

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **3525 Iron Horse Road Suite 104 Ladson, SC 29456** | **10/01/2018  to 11/01/2021** |

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo 4400 Dorchester Road Summerville, SC 29485** | **XXXX-7538** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **11/09/2023** | **$43.60** |
| 18.2. | **Wells Fargo 4400 Dorchester Road Summerville, SC 29485** | **XXXX-1460** | ☐ Checking ■ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **11/09/2023** | **$30.01** |

Debtor   **On The Level Construction, LLC**                                    Case number *(if known)*   **24-00350**

---

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Vance Bailey<br>1000 Churchill Road<br>Moncks Corner, SC 29461 | 2460 Remount Road #108<br>Charleston, SC 29406 | Cabinet Package, Sales Order 345934 | $10,490.49 |
| Laura Skews<br>1328 Horseshoe Bend<br>Mount Pleasant, SC 29464 | 2460 Remount Road #108<br>Charleston, SC 29406 | Cabinet trim | $326.03 |
| Deseret Scharett<br>1414 Kinglet Lane<br>Hanahan, SC 29410 | 2460 Remount Road #108<br>Charleston, SC 29406 | Flooring, risers, vapor barrier & quarter round. | $4,488.91 |
| Shon Nelson<br>1850 Falling Creek Circle<br>Mount Pleasant, SC 29464 | 2406 remount Road #108<br>Charleston, SC 29406 | Drywall, sheetrock mud, cabrs showerpan, shower drain, 2 shower curves, 6 shower wall backer boards, 3 shower niches, tile, grout, schlutter, shower head faucet, tub, tub faucet, cabinets, hardware, sink, faucet, lights, toilet, bathroom accessory setting, exhaust fan, base board, quarter round, trim, and paint | $7,881.39 |

Debtor    **On The Level Construction, LLC**                    Case number *(if known)*  **24-00350**

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Karen McClarren**<br>**203 Bush Drive**<br>**Bonneau, SC 29431** | **2406 Remount Road**<br>**#108**<br>**Charleston, SC 29406** | **2X4 boards, drywall, onyx shower system, shower bench, curtain rod, backer board, tile, grout, schlutter, shower faucet system, vanity cabinet, faucet, mirrors, toilet, grab bars, bathroom accessory set, water closet shelving, and quarter round.** | **$7,697.95** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Bradley Simmons**<br>**228 Magnolia Road**<br>**Charleston, SC 29407** | **2460 Remount Road**<br>**#108**<br>**Charleston, SC 29406** | **Cabinets** | **$8,182.87** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Paul and Leslie Lymburner**<br>**352 Sandpiper Drive**<br>**Unit J**<br>**Mount Pleasant, SC 29464** | **2460 Remount Road**<br>**#108**<br>**Charleston, SC 29406** | **Drywall, joint compound, cabinetry, hardware, sink faucet, tile, grout, schlutter, baseboard, quarter round, ceiling lighting, shower pan, drain, shower curve, backer board, niche, curtain rod, mirror, towel ring, exhaust fan, tub, tub drain assembly, shower system, bathroom hardware set, self leveler, LVP, reducers, stair nosing, staircase risers and paint.** | **$26,040.05** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Jennifer Yniesta**<br>**4804 Hearthside Drive**<br>**Summerville, SC 29485** | **2460 Remount Road**<br>**#108**<br>**Charleston, SC 29406** | **Tile, grout, and schlutter.** | **$187.01** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Charissa DeBow**<br>**5 Skyeman Drive**<br>**Charleston, SC 29414** | **2460 Remount Road**<br>**#108**<br>**Charleston, SC 29406** | **Cabinets, cabinet accessories, kitchen sink, sink faucet, air switch, lighting, backsplash material, tile, grout, schlutter, baseboard, quarter round, drywall, joint compound, subfloor material, insulation, shower pan, shower drain, backer board, niche, shower fixture system, closet door, water closet door, skirted toilet, and shower grab bar.** | **$21,776.35** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Nicholas Wood**<br>**9 Indigo Lane**<br>**Goose Creek, SC 29445** | **2460 Remount Road**<br>**#108**<br>**`**<br>**Charleston, SC 29406** | **Cabinets** | **$3,289.89** |

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Debtor   **On The Level Construction, LLC**                          Case number *(if known)* **24-00350**

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Humphreys Consulting & Tax, LLC 8887 Old University Blvd, Charleston, SC 29406** | **2021 through present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor    **On The Level Construction, LLC**                                    Case number *(if known)*    **24-00350**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Amanda Kaufman**<br>**126 Heathwood Lane**<br>**Greer, SC 29651** | **Everything is on Quickbooks Online** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Bay First**<br>**700 Central Avenue**<br>**Saint Petersburg, FL 33701** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Samuel Kaufman** | **126 Heathwood Lane**<br>**Greer, SC 29651** | **CEO** | **100% membership interests (voting and distribution)** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Samuel Kaufman**<br>**126 Heathwood Lane**<br>**Greer, SC 29651** | **Salary ($40,000.) & Distributions ($105,089.66)** | **January 2023 through December 2023** | **Salary ($40,000.) & Distributions ($105,089.66)** |
| | **Relationship to debtor**<br>**Owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Debtor    **On The Level Construction, LLC**                      Case number *(if known)*    **24-00350**

---

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **February  2, 2024**

**/s/ Samuel Kaufman**                                    **Samuel Kaufman**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Sole Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of South Carolina

In re   **On The Level Construction, LLC**                        Case No.   **24-00350**

                                                    Debtor(s)         Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

■   **FLAT FEE**

For legal services, I have agreed to accept ............................................   $   **10,000.00**

Prior to the filing of this statement I have received ...........................   $   **10,000.00**

Balance Due ........................................................................................   $   **0.00**

☐   **RETAINER**

For legal services, I have agreed to accept and received a retainer of ...............   $   _____

The undersigned shall bill against the retainer at an hourly rate of ....................   $   _____
     [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
     fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:

     ■  Debtor       ☐  Other (specify):

3.   The source of compensation to be paid to me is:

     ■  Debtor       ☐  Other (specify):

4.   ■   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.   A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
          **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
          **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

In re   **On The Level Construction, LLC**                          Case No.   **24-00350**

                    Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February  2, 2024**

*Date*

**/s/ Robert Pohl**

**Robert Pohl**
*Signature of Attorney*
**Pohl, P.A.**
**P.O. Box 27290**
**Greenville, SC 29616**
**864-233-6294  Fax: 864-558-5291**
**Robert@POHLPA.com**
*Name of law firm*